# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE BUCK, an individual; STACIE GRAY, an individual; BRANDY MANFREDONIA, an individual,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>CHICO'S FAS, INC., a corporate entity form unknown; CHICO'S RETAIL SERVICES, INC., a corporate entity unknown; and DOES 1 through 20, inclusive,<br>　　　　　Defendants. | **Case No.: 8:19-cv-01806-JLS-ADS**<br>Assigned for all purposes to the Hon. Josephine L. Staton<br><br>**ORDER TO DISMISS CASE WITH PREJUDICE** |

　　Pursuant to the Parties' Joint Stipulation for Dismissal with Prejudice and for good cause shown, this case is DISMISSED in its entirety WITH PREJUDICE.

DATED: 01/14/2020

　　　　　　　　　　　　　　　　　JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　Hon. Josephine L. Staton
　　　　　　　　　　　　　　　　　United States District Judge